1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7025
6      FAX: (415) 436-7181
       Julie.Reagin@usdoj.gov
7
   Attorneys for Defendant U.S. Environmental Protection Agency
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARMWORKER JUSTICE and EARTHJUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. CV-18-02293-SK<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER AS MODIFIED** |

Pursuant to Court Order dated December 14, 2018, Dkt. No. 27, the parties submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

The parties report that they are making progress and that Defendant is in the process of releasing documents pursuant to a review and release schedule in accordance with the parties' Stipulation dated June 8, 2018, Dkt. No. 22. In accordance with the parties' agreement, Defendant released documents on June 29, July 31, August 31, October 1, October 30, November 30, and December 21, 2018. Because of the 5-week partial government earlier this year, Defendant's January release of documents was delayed, and Defendant released its review for both January and February on February 28, 2019. Defendant is continuing to review and release documents on a monthly basis in accordance with the parties'

Stipulation.

To date, EPA has released a total of 288 records. During the production process, if necessary, the parties will meet and confer in good faith to attempt to resolve any substantive issues relating to EPA's releases or Plaintiffs' FOIA request.

To allow time for Defendant to complete its responses to Plaintiffs' FOIA request as stated above and for the parties to resolve as many issues in this matter as possible between themselves, the parties jointly request a further continuance of Initial Case Management Conference. The parties will provide the Court with a joint status report by June 15, 2019. At that time, the parties will either request a further continuance of the Case Management Conference to allow for the remaining production(s) or, if the need arises, request the Court to set a Case Management Conference at that time. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

DATED: March 14, 2019

DAVID L. ANDERSON
United States Attorney

　　　/s/ Julie C. Reagin
JULIE C. REAGIN
Assistant United States Attorney[1]

Attorneys for Defendant U.S.
Environmental Protection Agency

DATED: March 14, 2019

EARTHJUSTICE

　　　/s/ Carrie Apfel
CARRIE APFEL

Attorneys for Plaintiffs Farmworker
Justice and Earthjustice

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, the Initial Case Management Conference is continued to June 24, 2019 at 1:30 p.m. The parties will provide the Court with a joint status report by June 14, 2019 and may ask for another extension of the Initial Case Management Conference.

**IT IS SO ORDERED**.

DATED: March 14, 2019

_____
SALLIE KIM
United States Magistrate Judge